942

**Charles BOYD et al., Movant v. Annie HERD, Opposed.**

Court of Appeals of Kentucky.

May 15, 1951.

George C. Robbins and Coleman Covington, both of Richmond, for movant.

Henry Clay Cox and Delbert Eagle, both of Lancaster, Kentucky, opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.